IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALVAIR DESOUSA | : | CIVIL ACTION |
| v. | : | No. 11-3237 |
| THE CITY OF PHILADELPHIA, et al. | : | |

**ORDER**

AND NOW, this 9th day of July, 2013, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant the City of Philadelphia's Motion to Dismiss (Document 23) is GRANTED. Pro se Plaintiff Alvair DeSousa's Amended Complaint is DISMISSED with prejudice against the City of Philadelphia, Assistant District Attorney Marian Braccia, and "Ex P/O" Sharkey.

It is further ORDERED DeSousa's Motion to Amend Complaint and Cure Deficiencies (Document 26) is DENIED.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez